UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-61976-CIV-SINGHAL

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

MASON D. NEWMAN a/k/a Barry Weiss,

    Defendant.
_____/

## FINAL JUDGMENT AGAINST DEFENDANT MASON D. NEWMAN

**THIS CAUSE** is before the Court on the Plaintiff's Motion for Entry of Final Judgment (DE [16]), filed July 6, 2022. In the instant motion (DE [16]), Plaintiff, the Securities and Exchange Commission (the "Commission"), seeks entry of Final Judgment against Defendant Mason D. Newman ("Newman") for disgorgement of $216,787 and prejudgment interest of $9,386, with Newman's obligation to pay these amounts deemed satisfied by the restitution order entered against him in a parallel criminal case. The motion is unopposed. Having considered the motion, the record, and finding that good cause exists, it is hereby

**ORDERED AND ADJUDGED** the Plaintiff's Motion for Entry of Final Judgment (DE [16]) is **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED AS FOLLOWS:**

**I.     DISGORGEMENT, PREJUDGMENT INTEREST, AND CIVIL PENALTY**

**IT IS ORDERED AND ADJUDGED** that Newman is liable to the Commission for disgorgement of $216,787, representing profits gained as a result of the conduct alleged in the Complaint (DE [1]), and prejudgment interest on disgorgement of $9,386, for a total of $226,173. This amount shall be deemed satisfied by the restitution order entered against Newman in the criminal case of *United States v. Ganton*, Case No. 9:20-cr-80095 (DE [191]) (S.D. Fla.) on February 9, 2022.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Commission's claim for a civil penalty against Newman is **DISMISSED**.

**II.    RETENTION OF JURISDICTION**

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this matter and over Newman in order to implement and carry out the terms of this Judgment and all Orders and Decrees that may be entered, to entertain any suitable application or motion for additional relief within the jurisdiction of this Court, and to order any other relief that this Court deems appropriate under the circumstances.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 12th day of August 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF